IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Helton, Lorene | Case Number: 06 B 00813 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 6/17/08 | Filed: 1/31/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 18, 2008
Confirmed: May 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,575.00 | |
| Secured: | | 12,861.99 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 702.87 |
| Other Funds: | | 10.14 |
| Totals: | 13,575.00 | 13,575.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 2. | Great American Finance Company | Secured | 108.15 | 39.69 |
| 3. | Nationwide Acceptance Corp | Secured | 108.15 | 39.69 |
| 4. | City Of Chicago | Secured | 258.64 | 90.51 |
| 5. | Capital One Auto Finance | Secured | 25,851.63 | 10,440.40 |
| 6. | HomEq Servicing Corp | Secured | 6,588.68 | 2,251.70 |
| 7. | Ginny's | Unsecured | 30.88 | 0.00 |
| 8. | AAA Checkmate LLC | Unsecured | 32.10 | 0.00 |
| 9. | Brother Loan & Finance | Unsecured | 67.96 | 0.00 |
| 10. | Icon | Unsecured | 63.45 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 68.97 | 0.00 |
| 12. | Seventh Avenue | Unsecured | 23.25 | 0.00 |
| 13. | T Mobile USA | Unsecured | 38.81 | 0.00 |
| 14. | Great American Finance Company | Unsecured | 6.00 | 0.00 |
| 15. | ADT Security Systems | Unsecured | | No Claim Filed |
| 16. | Check Enforcement Bueau | Unsecured | | No Claim Filed |
| 17. | Affiliated Radiologist | Unsecured | | No Claim Filed |
| 18. | Norych & Tallis | Unsecured | | No Claim Filed |
| 19. | Brinks | Unsecured | | No Claim Filed |
| 20. | United Creditors Alliance Cor | Unsecured | | No Claim Filed |
| 21. | Sonic Payday | Unsecured | | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 23. | Direct Tv | Unsecured | | No Claim Filed |
| 24. | GAFCO | Unsecured | | No Claim Filed |
| 25. | TeleCheck | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Helton, Lorene | Case Number: 06 B 00813 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 6/17/08 | Filed: 1/31/06 |

| | | | | |
|---|---|---|---|---|
| 26. | One Click Cash | Unsecured | | No Claim Filed |
| 27. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 28. | Plaza Associates | Unsecured | | No Claim Filed |
| 29. | Key Bank USA National Association | Unsecured | | No Claim Filed |
| 30. | Wow Internet | Unsecured | | No Claim Filed |
| 31. | One Click Cash | Unsecured | | No Claim Filed |

$ 33,246.67        $ 12,861.99

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 91.64 |
| 4.8% | 178.85 |
| 5.4% | 432.38 |

$ 702.87

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

